

# NUMBER 13-15-00602-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JUAN MANUEL ORTIZ

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

Relator, Juan Manuel Ortiz, has filed a petition for writ of mandamus seeking to vacate the trial court's November 23, 2015 "Second Supplemental Interim Order[]" requiring him to pay reimbursement and attorney's fees to the real party in interest, Saray Ortiz, in the underlying divorce proceeding. By motion for emergency relief, Ortiz seeks to stay the trial court's November 23, 2015 order and the trial of the underlying matter.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is

GRANTED and the trial court's order of November 23, 2015 and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Saray Ortiz, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of December, 2015.